John D. Casey, Administrator, Appellee, v. Chicago
Railways Company, Appellant.

Gen. No. 19,987.  (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. JOHN P.
McGOORTY, Judge, presiding.  Heard in this court at the October
term, 1913.  Affirmed.  Opinion filed December 21, 1914.

Statement of the Case.

Action by John D. Casey as administrator of Sol-
omon Morris against the Chicago Railways Company
for wrongfully causing the death of plaintiff's intes-
tate, a boy eight years and eleven months of age.
From a judgment for the plaintiff, defendant appeals.

CHARLES L. MAHONY and FRANK L. KRIETE, for ap-
pellant; W. W. GURLEY and JOHN R. GUILLIAMS, of
counsel.

CRUICE & LANGILLE, for appellee; DANIEL L. CRUICE,
of counsel.

MR. JUSTICE BAKER delivered the opinion of the court.

Abstract of the Decision.

STREET RAILROADS, § 132*—*what are questions for jury in action
for injuries.* In an action for the death of an eight-year-old boy,
the question whether, if the motorman of defendant's street car had
been operating his car with reasonable care and caution, he would
have seen the decedent, on or so near the track as to be in danger
of being struck by the car, in time to stop the car and avoid in-
juring him, and the questions whether the decedent was in the
exercise of ordinary care, and whether the decedent's parents exer-
cised care for his safety, were questions of fact upon which the ver-
dict of the jury was conclusive.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same
topic and section number.